# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-959
_____

PHILIP MORRIS USA INC. and
R.J. REYNOLDS TOBACCO
COMPANY,

     Appellants,

     v.

MARY FARICY PARDUE, as
personal representative of the
Estate of John N. Faricy,

     Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Stanley H. Griffis, III, Judge.

June 13, 2018

PER CURIAM.

     AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph H. Lang, Jr. of Carlton Fields Jorden Burt, P.A., Tampa; Scott A. Chesin and Michael Rayfield of Mayer Brown LLP, New York, for Appellant Philip Morris USA, Inc..

William L. Durham, II, and Val Leppert of King & Spalding LLP, Atlanta, for Appellant R.J. Reynolds Tobacco Company.

Rod Smith and Dawn Vallejos-Nichols of Avera & Smith, LLP, Gainesville; John S. Kalil of Law Offices of John S. Kalil, P.A., Jacksonville; John S. Mills and Courtney Brewer of The Mills Firm, P.A., Tallahassee; Robert E. Shields of Doffermyre Shields Canfield & Knowles, LLC, Atlanta, for Appellee.